IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

YOLANDA HUNTER,                      Civil Action File No.
                                                     2:21-cv-00062-RWS

      Plaintiff,

v.

WALMART STORES EAST, LP, et. al.,

      Defendant.

_____/

## NOTICE OF SETTLEMENT

Comes now, Defendant Wal-Mart Stores East, LP, and files this Notice of Settlement to inform the Court that the parties have reached a confidential settlement. The parties will complete the settlement and file a stipulation of dismissal with prejudice as soon as possible.

                                      McLAIN & MERRITT, P.C.

                                      /s/ Nicholas E. Deeb
                                      Howard M. Lessinger
                                      Georgia Bar No. 447088
                                      Nicholas E. Deeb
                                      Georgia Bar No. 117025
                                      Attorneys for Defendant
                                      WAL-MART STORES EAST, LP

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA   30326-3240
(404) 266-9171 (Receptionist)
(404) 365-4514 (Direct)

-1-

(404) 364-3138 (Fax)
hlessinger@mmatllaw.com
ndeeb@mmatllaw.com

      The undersigned counsel certifies that the foregoing has been prepared with one of the font and point selections approved by the court in LR 5.1B.

                                        /s/ Nicholas E. Deeb
                                        Nicholas E. Deeb

-3-

## **CERTIFICATE OF SERVICE**

This is to certify that on April 23, 2021, I electronically filed a **NOTICE OF SETTLEMENT** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to attorneys of record.

McLAIN & MERRITT, P.C.

 /s/ Nicholas E. Deeb
Howard M. Lessinger
Georgia Bar No. 447088
Nicholas E. Deeb
Georgia Bar No. 117025
Attorneys for Defendant
WAL-MART STORES EAST, LP

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA   30326-3240
(404) 266-9171 (Receptionist)
(404) 365-4514 (Direct)
(404) 364-3138 (Fax)
hlessinger@mmatllaw.com
ndeeb@mmatllaw.com